1  Lance E. Armo (SBN 176561)
   MARDEROSIAN, RUNYON, CERCONE,
2  LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170
   Email: larmo@mrcl-law.com
5
6  Attorneys for: Defendants AKAL INTERNATIONAL CORPORATION, individually and dba SHER-E-PUNJAB;
   SAJJAN SINGH BHANGOO, individually and dba SHER-E-PUNJAB; HEER HOLDINGS, LLC;
7  LONG D. VU, individually and dba CARMICHAEL OPTICAL; PM CARMICHAEL, INC.,
   individually and dba PALM STREET PUB & GRILL; JOHN K. PARRISH, individually and dba
8  PALM STREET PUB & GRILL; ZIA B. TABAIE, individually and dba UNIVERSAL FURNITURE;
   J&L SANDU, LLC, individually and dba SUBWAY SANDWICHES & SALADS; JODHAN SANDU,
9  individually and dba SUBWAY SANDWICHES & SALADS; PREMIER IMPORTS, LLC, individually
   and dba EURO MARKET & DELICATESSEN; KAREN T. LUU, individually and dba FASHION
10 HAIR DESIGNS; SUE RANDAZZO, individually and dba THE LAUNDRY COMPANY; JOHN
   RANDAZZO, individually and dba THE LAUNDRY COMPANY; CARYN M. CONWAY,
11 individually and dba MAGNOLIA ANTIQUES & HOME INTERIORS; DKM & RKM
   INVESTMENTS, L.P., and PIYUSH MANGALICK
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No.: 2:08-CV-02988-LKK-JFM |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY; ORDER** |
| v. | |
| AKAL INTERNATIONAL CORPORATION, individually and dba SHER-E-PUNJAB; SAJJAN SINGH BHANGOO, individually and dba SHER-E-PUNJAB; HEER HOLDINGS, LLC; LONG D. VU, individually and dba CARMICHAEL OPTICAL; PM CARMICHAEL, INC., individually and dba PALM STREET PUB & GRILL; JOHN K. PARRISH, individually and dba PALM STREET PUB & GRILL; ZIA B. TABAIE, individually and dba UNIVERSAL FURNITURE; J&L SANDU, LLC, individually and dba SUBWAY SANDWICHES & SALADS; JODHAN SANDU, individually and dba SUBWAY SANDWICHES & SALADS; PREMIER IMPORTS, LLC, individually and dba EURO MARKET & DELICATESSEN; KAREN T. LUU, individually and dba FASHION HAIR | |

```
DESIGNS; SUE RANDAZZO, individually   )
and dba THE LAUNDRY COMPANY; JOHN     )
RANDAZZO, individually and dba THE    )
LAUNDRY COMPANY; BEVERLY              )
FABRICS, INC., individually and dba   )
BEVERLY FABRICS, INC.; CARYN M.       )
CONWAY, individually and dba MAGNOLIA )
ANTIQUES & HOME INTERIORS; DKM &      )
RKM INVESTMENTS, L.P., and PIYUSH     )
MANGALICK,                            )
                                      )
            Defendants.               )
```

TO THE COURT AND ALL PARTIES HERETO:

PLEASE TAKE NOTICE THAT defendant LONG D. VU individually and dba CARMICHAEL OPTICAL hereby substitutes its legal representative as follows:

| Former Legal Representative | New Legal Representative |
|---|---|
| Linda J.L. Sharpe, Esq.<br>LAW OFFICES OF THOMAS O'HAGAN<br>12009 Foundation Place, Suite 190<br>Gold River, CA 95670<br>Telephone: (916) 294-1170<br>Facsimile: (916) 295-1189 | Lance E. Armo (SBN 176461)<br>MARDEROSIAN, RUNYON,<br>CERCONE, LEHMAN & ARMO<br>1260 Fulton Mall<br>Fresno, CA 93721<br>Telephone: (559) 441-7991<br>Facsimile: (559) 441-8170<br>Email: larmo@mrcl-law.com. |

I hereby consent to the above substitution.

CARMICHAEL OPTICAL

Dated: January 27, 2009.         By:   /s/ Long D. Vu
                                       Long D. Vu, individually and
                                       dba Carmichael Optical

I hereby consent to the above substitution.

LAW OFFICES OF THOMAS O'HAGAN

Dated: January 26, 2009.         By:   /s/ Linda J. L. Sharpe
                                       Linda J.L. Sharpe,
                                       Former Legal Representative

1   I hereby accept the above substitution.

3   Dated: January 29, 2009.                    MARDEROSIAN, RUNYON, CERCONE,
                                                LEHMAN & ARMO

6                                               By:   /s/ Lance E. Armo
                                                      Lance E. Armo
                                                      New Legal Representative and
7                                                     Attorneys for Defendants above-named.

9                                          **ORDER**

10   **IT IS SO ORDERED.**

12   Dated: February 5, 2009.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT