1  Lance E. Armo (SBN 176561)
   MARDEROSIAN, RUNYON, CERCONE,
2  LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170
   Email: larmo@mrcl-law.com
5
   Attorneys for: Defendants AKAL INTERNATIONAL CORPORATION, individually and dba SHER-E-PUNJAB;
6  SAJJAN SINGH BHANGOO, individually and dba SHER-E-PUNJAB; HEER HOLDINGS, LLC;
   LONG D. VU, individually and dba CARMICHAEL OPTICAL; PM CARMICHAEL, INC.,
7  individually and dba PALM STREET PUB & GRILL; JOHN K. PARRISH, individually and dba
   PALM STREET PUB & GRILL; ZIA B. TABAIE, individually and dba UNIVERSAL FURNITURE;
8  J&L SANDU, LLC, individually and dba SUBWAY SANDWICHES & SALADS; JODHAN SANDU,
   individually and dba SUBWAY SANDWICHES & SALADS; PREMIER IMPORTS, LLC, individually
9  and dba EURO MARKET & DELICATESSEN; KAREN T. LUU, individually and dba FASHION
   HAIR DESIGNS; SUE RANDAZZO, individually and dba THE LAUNDRY COMPANY; JOHN
10 RANDAZZO, individually and dba THE LAUNDRY COMPANY; BEVERLY FABRICS, INC.,
   individually and dba BEVERLY FABRICS, INC.; CARYN M. CONWAY, individually and dba
11 MAGNOLIA ANTIQUES & HOME INTERIORS; DKM & RKM INVESTMENTS, L.P., and
   PIYUSH MANGALICK
12

13                        UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA / SACRAMENTO DIVISION

15 SCOTT N. JOHNSON,                          )   Case No.: 2:08-CV-02988-LKK-JFM
                                              )
16       Plaintiff,                           )
                                              )   **NOTICE OF AND DISMISSAL OF**
17    v.                                      )   **CROSS-CLAIM OF LONG D. VU**
                                              )   **dba CARMICHAEL OPTICAL;**
18 AKAL INTERNATIONAL CORPORATION,            )   **ORDER THEREON**
   individually and dba SHER-E-PUNJAB;        )
19 SAJJAN SINGH BHANGOO, individually and     )
   dba SHER-E-PUNJAB; HEER HOLDINGS,          )
20 LLC; LONG D. VU, individually and dba      )
   CARMICHAEL OPTICAL; PM                     )
21 CARMICHAEL, INC., individually and dba     )
   PALM STREET PUB & GRILL; JOHN K.           )
22 PARRISH, individually and dba PALM         )
   STREET PUB & GRILL; ZIA B. TABAIE,         )
23 individually and dba UNIVERSAL             )
   FURNITURE; J&L SANDU, LLC,                 )
24 individually and dba SUBWAY                )
   SANDWICHES & SALADS; JODHAN                )
25 SANDU, individually and dba SUBWAY         )
   SANDWICHES & SALADS; PREMIER               )
26 IMPORTS, LLC, individually and dba EURO    )
   MARKET & DELICATESSEN; KAREN T.            )
27 LUU, individually and dba FASHION HAIR     )
28

DESIGNS; SUE RANDAZZO, individually )
and dba THE LAUNDRY COMPANY; JOHN )
RANDAZZO, individually and dba THE )
LAUNDRY COMPANY; BEVERLY )
FABRICS, INC., individually and dba )
BEVERLY FABRICS, INC.; CARYN M. )
CONWAY, individually and dba MAGNOLIA )
ANTIQUES & HOME INTERIORS; DKM & )
RKM INVESTMENTS, L.P., and PIYUSH )
MANGALICK, )
                                                  )
       Defendants. )
                                                  )

TO THE UNITED STATES DISTRICT COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that defendant/cross-claimant LONG D. VU dba CARMICHAEL OPTICAL hereby **dismisses with prejudice** his cross-claim against DKM & RKM INVESTMENTS, PIYUSH MANGALICK, individually and dba SWAMI INTERNATIONAL filed on January 20, 2009, (Docket No. 6).

Dated: February 9, 2009         MARDEROSIAN, RUNYON, CERCONE,
                                LEHMAN & ARMO


                                By: /s/ Lance E. Armo
                                    Lance E. Armo
                                    Attorneys for Defendants above-named.


**ORDER**

**IT IS SO ORDERED.**


Dated: February 9, 2009.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT