1  Lance E. Armo (SBN 176561)
   MARDEROSIAN, RUNYON, CERCONE,
2  LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, CA 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170
   Email: larmo@mrcl-law.com
5
   Attorneys for: Defendants AKAL INTERNATIONAL CORPORATION, individually and dba SHER-E-PUNJAB;
6  SAJJAN SINGH BHANGOO, individually and dba SHER-E-PUNJAB; HEER HOLDINGS, LLC; PM
   CARMICHAEL, INC., individually and dba PALM STREET PUB & GRILL; JOHN K. PARRISH,
7  individually and dba PALM STREET PUB & GRILL; ZIA B. TABAIE, individually and dba
   UNIVERSAL FURNITURE; J&L SANDU, LLC, individually and dba SUBWAY SANDWICHES &
8  SALADS; JODHAN SANDU, individually and dba SUBWAY SANDWICHES & SALADS;
   PREMIER IMPORTS, LLC, individually and dba EURO MARKET & DELICATESSEN; KAREN T.
9  LUU, individually and dba FASHION HAIR DESIGNS; SUE RANDAZZO, individually and dba THE
   LAUNDRY COMPANY; JOHN RANDAZZO, individually and dba THE LAUNDRY COMPANY;
10 BEVERLY FABRICS, INC., individually and dba BEVERLY FABRICS, INC.; CARYN M.
   CONWAY, individually and dba MAGNOLIA ANTIQUES & HOME INTERIORS; DKM & RKM
11 INVESTMENTS, L.P., and PIYUSH MANGALICK

12
                    UNITED STATES DISTRICT COURT
13
          EASTERN DISTRICT OF CALIFORNIA / SACRAMENTO DIVISION
14

15 SCOTT N. JOHNSON,                          )   Case No.: 2:08-CV-02988-LKK-JFM
                                              )
16         Plaintiff,                         )   **SUBSTITUTION OF ATTORNEY;**
                                              )   **ORDER**
17         v.                                 )
                                              )
18 AKAL INTERNATIONAL CORPORATION,            )
   individually and dba SHER-E-PUNJAB;        )
19 SAJJAN SINGH BHANGOO, individually and     )
   dba SHER-E-PUNJAB; HEER HOLDINGS,          )
20 LLC; LONG D. VU, individually and dba      )
   CARMICHAEL OPTICAL; PM                     )
21 CARMICHAEL, INC., individually and dba     )
   PALM STREET PUB & GRILL; JOHN K.           )
22 PARRISH, individually and dba PALM         )
   STREET PUB & GRILL; ZIA B. TABAIE,         )
23 individually and dba UNIVERSAL             )
   FURNITURE; J&L SANDU, LLC,                 )
24 individually and dba SUBWAY                )
   SANDWICHES & SALADS; JODHAN                )
25 SANDU, individually and dba SUBWAY         )
   SANDWICHES & SALADS; PREMIER               )
26 IMPORTS, LLC, individually and dba EURO    )
   MARKET & DELICATESSEN; KAREN T.            )
27 LUU, individually and dba FASHION HAIR     )

28

DESIGNS; SUE RANDAZZO, individually and dba THE LAUNDRY COMPANY; JOHN RANDAZZO, individually and dba THE LAUNDRY COMPANY; BEVERLY FABRICS, INC., individually and dba BEVERLY FABRICS, INC.; CARYN M. CONWAY, individually and dba MAGNOLIA ANTIQUES & HOME INTERIORS; DKM & RKM INVESTMENTS, L.P., and PIYUSH MANGALICK,

    Defendants.

TO THE COURT AND ALL PARTIES HERETO:

PLEASE TAKE NOTICE THAT defendant BEVERLY FABRICS, INC., hereby substitutes its legal representative as follows:

| Former Legal Representative | New Legal Representative |
|---|---|
| Daniel F. Pyne, III, Esq.<br>HOPKINS & CARLEY<br>70 S. First Street<br>San Jose, CA 95113-2406<br>Telephone: (408) 286-9800<br>Facsimile: (408) 998-4790<br>Email: dpyne@hotpkinscarley.com | Lance E. Armo (SBN 176461)<br>MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO<br>1260 Fulton Mall<br>Fresno, CA 93721<br>Telephone: (559) 441-7991<br>Facsimile: (559) 441-8170<br>Email: larmo@mrcl-law.com. |

I hereby consent to the above substitution.

BEVERLY FABRICS, INC.

Dated: February 5, 2009.    By: /s/ Donald J. Sleeper
                 Donald J. Sleeper

I hereby consent to the above substitution.

HOPKINS & CARLEY

Dated: January 29, 2009.    By: /s/ Daniel F. Pyne, III
                 Daniel F. Pyne, III,
                 Former Legal Representative

1   I hereby accept the above substitution.

2

3   Dated: February 9, 2009.                    MARDEROSIAN, RUNYON, CERCONE,
                                                LEHMAN & ARMO
4

5

6                                               By:   /s/ Lance E. Armo
                                                      Lance E. Armo
7                                                     New Legal Representative and
                                                      Attorneys for Defendants above-named.
8

9                                        **ORDER**

10  **IT IS SO ORDERED.**

11

12  Dated: February 10, 2009.

13

14

15                                         LAWRENCE K. KARLTON
                                           SENIOR JUDGE
16                                         UNITED STATES DISTRICT COURT